UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

U.S. COURTS
MAY 15 2017
Rcvd_____Filed_____Time 2:35
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

In re

BROOKE AMBER AGRESTA,
Debtor(s).

Case Number: _____

Chapter: 7

DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Debtor's name (enter full name): BROOKE AMBER AGRESTA

Does Debtor have a domestic support obligation: ____ yes  X  no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: _____

Name, address and phone number for the holder of the claim of support: _____

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $_____.

Court name and jurisdiction in which order of support was issued: _____

Court Case No. _____.

Name, address and phone number of the State child support enforcement agency involved in such claim: _____

**I declare under penalty of perjury that the foregoing is true and correct.**

_Brooke Agresta_     05/08/2017
Signature of Debtor     Date

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571